2d 905; Hernandez v. State, 137 Tex.Cr.R. 343, 129 S.W.2d 301; Rhoades v. State, 138 Tex.Cr.R. 14, 133 S.W.2d 579; Sosa v. State, Tex.Cr.App., 275 S.W.2d 655. The requested charges were sufficient to call the trial court's attention to the omission and preserve the error. Art. 659, Vernon's Ann.C.C.P., as amended, 1953; Wooley v. State, Tex.Cr.App., 285 S.W.2d 218.

The judgment is reversed and the cause is remanded.

Opinion approved by the Court.

B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is arson; the punishment, 20 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Margarito Carrizales TORRES, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27781.**

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

No appearance for appellant.

Henry Wade, Crim. Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon

**Bill ALLEN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27918.**

Court of Criminal Appeals of Texas.

Jan. 4, 1956.